Note: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3323

BALRAJ S. SANDHU,

Petitioner,

v.

DEPARTMENT OF THE ARMY,

Respondent.

Robert Atkins, Law Offices of Robert Atkins, of Berkeley, California, for petitioner.

Tara K. Hogan, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for respondent. With her on the brief were Jeffrey S. Bucholtz, Acting Assistant Attorney General; Jeanne E. Davidson, Director; and Martin F. Hockey, Jr., Assistant Director.

Appealed from: Merit Systems Protection Board

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3323

BALRAJ S. SANDHU,

Petitioner,

v.

DEPARTMENT OF THE ARMY,

Respondent.

# Judgment

ON APPEAL from this       MERIT SYSTEMS PROTECTION BOARD

in CASE NO(S).       SF0752060037-I-1

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (NEWMAN and SCHALL, <u>Circuit Judges,</u> and ZOBEL, <u>District Judge).</u>∗

<u>AFFIRMED</u>.  <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED  April 22, 2008         /s/ Jan Horbaly
                             Jan Horbaly, Clerk

---

∗       Honorable Rya W. Zobel, District Judge, United States District Court for the District of Massachusetts, sitting by designation.